

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALFREDO CARRASCO, | § | No. 08-20-00062-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CITY OF EL PASO AND EL PASO WATER UTILITIES, | § | of El Paso County, Texas |
|  | § | (TC# 2016-DCV-3774) |
| Appellees. | § |  |

## **O R D E R**

The Court GRANTS the Appellees' motion to reschedule the January 13, 2021, submission and oral argument setting.  The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 8th day of December, 2020.


PER CURIAM


Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)